**Order filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00760-CR
_____

### COREY JULES TEAMER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 1801008**

---

## ORDER

Appellant is represented by retained counsel, **Lance C. Hamm**. No reporter's record has been filed in this case. Tavis Jacks, the official court reporter for the County Criminal Court at Law No. 9, informed this court that appellant had not made arrangements for payment for the reporter's record. On September 9, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no

response to the court's notice and no reporter's record has been filed. Accordingly, we issue the following order:.

We ORDER appellant's retained counsel, **Lance C. Hamm**, to file a brief in this appeal on or before **December 12, 2012.** If counsel does not timely file the brief as ordered, the court will consider issuing a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.

PER CURIAM